| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007x  2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HOBBS, Truman M. | 2. Court or Organization USDC (MD AL) | 3. Date of Report 5/18/09 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) USDJ (Senior Status) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period Jan. 1, 2008 to Dec 31, 2008 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address U S Courthouse 1 Church St. Suite D-300 Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and officer of charitable foundation (Hobbs Foundation) | |
| 2. I am co-trustee of Trusts 5 and 6. I have no financial interests | |
| 3. in the trusts. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒x NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 26 P 3: 38 FINANCIAL DISCLOSURE OFFICE

Hobbs_Truman_M

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[xx] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[xx] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
XxxxXxfxkx

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

18. NOTE: The annual report for year 2007 listed certain combined

19. investments (using "C" for combined, "P" for page and "L" for line). The following are page and line numbers in the 2007 report that

20. will thus be deleted in this 2008 report, either in whole or the relevant part.

21. Page 3, (Year 2007)

22.   - Lines 2, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 16.

23. Page 4:  (Year 2007)

24.   - Lines 2, 3, 6, 8, 9, 10, 13, 14, 16.

25. Page 5 (Year 2007)

26.   - Lines 2, 10, 11, 12, 16

27. Page 6, (2007)

28.   - LInes  1 thru 4, 7, 8, 10, 11, 13 thru 17.

29. Page 7, (Year 2007)
        - Lines 2, 3, 14, 16, 17.

30. Page 8, (Year 2007)
        - Lines 1 thru 4, 7, 8, 12.

31. Page 9, (Year 2007)
        - Lines 1, 4, 5, 8.

32. Page 10 (Year 2007)
        - Line 16

33. Page 11 (Year 2007)  - Lines 1, 11, 17.

34. Page 12 (Year 2007)  - Lines 3, 6, 9, 13, 17.

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000, F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3) — J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000, N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000, P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000

3. Value Method Codes (See Column C2) — Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market, U =Book Value, V =Other, W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 6 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Page 13, (Year 2007): Lines 9, 10, 14. | | | | | | | | | |
| 36. Page 14,(Year 2007): Line 17 | | | | | | | | | |
| 37. Page 15, (Year 2007): Lines 3, 6 thru 10, 12 | | | | | | | | | |
| 38. Page 15a, (Year 2007): LInes 7, 9, 10, 12, 13, 14, 17 | | | | | | | | | |
| 39. Page 16,(Year 2007 ): Lines 1, 6, 7, 8, 10, 12, 15, 16. | | | | | | | | | |
| 40. Page 17, (Year 2007): LInes 14, 17. | | | | | | | | | |
| 41. Page 18, (Year 2007): Lines 3, 4, 7, 11, 12, 14. | | | | | | | | | |
| 42. Page 20, (Year 2007): Lines 1 thru 12. END | | | | | | | | | |
| 43. (Starting with Page 3, Line 2, of report for year 2007) | | | | | | | | | |
| 44. M Lynch CMA MF | D | I/D | N | T | | | | | |
| 45. MUNICIPAL BONDS | | | | | | | | | |
| 46. Baldwin Cty, AL | B | Int | K | T | | | | | |
| 47. Ala St Pub Sch & Col | 1 E | " | O | T Bought more 12/13 & 10/7 | | | L | | |
| 48. Ala Drkg Wtr Fin | D | " | M | T | | | | | |
| 49. Ala Wtr Pln Ctr | D | " | M | " Part Redeemed | 8/15 | J | | | |
| 50. Un Ala Un Rev Gen | D | " | M | " | | | | | |
| 51. Mtgy Cty AL | B | " | L | " | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Municipal BONDS - ctd | | | | | | | | | |
| 53. Mobile Cty AL | C | Int | K | T | | | | | |
| 54. Enterprise AL Wts | D | " | M | " | | | | | |
| 55. Ala Bldg Renovation | B | " | K | " | | | | | |
| 56. Daphne AL Wts & Imp | C | " | L | " | | | | | |
| 57. COMMON STOCKS | | | | | | | | | |
| 58. KONINKL PHIL E | C | Div | M | T | | | | | |
| 59. WACHOVIA CORP (New) | E | Div | M | T | Part Sold | 12/23 | K | | |
| 60. NOTE: Wachovia now known as WELLS FARGO | | | | | | | | | |
| 61. CONOCO PHILLIPS | C | Div | N | T | | | | | |
| 62. INTERMEC | NONE | | K | T | | | | | |
| 63. BAXTER INTL INC | A | Div | K | T | | | | | |
| 64. DUKE ENERGY COMMON | C | " | M | " | | | | | |
| 65. colg palm common | A | " | K | " | | | | | |
| 66. BARRICK GOLD COMM | B | " | K | " | Bought more | 11/19 | K | | |
| 67. BERKSHIRE HATH DEL CL | None | | M | T | Bought More | 1/3 | M | | |
| 68. COHEN & STEERSREIT | C | Div | L | T | Part Sold | 12/24 | K | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/07 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS - ctd | | | | | | | | | |
| 2. SPECTRA ENERGY | B | Div | L | T | | | | | |
| 3. KINDER MORGAN ENERGY | C | P/S | M | T | | | | | |
| 4. WEYERHAEUSER CO | B | Div | L | T | | | | | |
| 5. Diageo PLC Spsd ADR | A | " | K | T | Bought | 6/16 | K | | |
| 6. Enterprise Prdts Prtn | None | | | | Bought | 3/25 | M | | |
| | | | | | Sold | 12/23 | L | | |
| 7. MUTUAL FUNDS | | | | | | | | | |
| 8. BLACKROCK INTER MF A l | E | I/D | N | T | | | | | |
| 9. BLACKROCK MUNIENHANCED | E | " | O | " | | | | | |
| 10. BLACKROCK MUNIVEST FD | D | I/D | M | " | | | | | |
| 11. DWS GOLD & PREC MTL CL C | None | | J | T | | | | | |
| 12. MUNICIPAL BONDS | | | | | | | | | |
| 13. Ala HS Fin SF | C | Int | K | T | Part Called | 4/1 & 10/1 | J J | | |
| 14. Huntsville AL Hlth | B | Int | | | Part matured 6/1 L Other called 6/30 L | | | B B | |
| 15. Lauderdale Cty HCA | B | Int | | | Called | 7/1 | K | A | |
| 16. Huntsvi Mdsn Cty AL | B | " | K | T | | | | | |
| 17. Ala Jud Bldg Authy | None | | | | Called | 1/2 | K | D | |

1 Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
### ~~Page 4 of 11~~
### ~~XXXXXXXXX~~

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MUNICIPAL BONDS – ctd | | | | | | | | | |
| 2. Mtgy AL BMC Spl | B | Int | K | T | | | | | |
| 3. Mobile AL IDB Pltn | B | " | K | T | | | | | |
| 4. Autauga Cty AL BED | B | " | K | T | | | | | |
| 5. Homewood Al Ed Sa | C | " | L | " | | | | | |
| 6. Autauga Cty AL Pub | C | " | L | " | | | | | |
| 7. Auburn ALA Wts | B | " | K | " | | | | | |
| 8. Cullman Cty AL Wtr | D | " | L | " | | | | | |
| 9. Madison Cty AL B/ED | D | " | L | " | | | | | |
| 10. Troy Al Wts | C | " | L | T | | | | | |
| 11. Florence AL Wts | B | " | K | " | | | | | |
| 12. MUTUAL FUNDS | | | | | | | | | |
| 13. MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| 14. Putnam Fd G & I | D | D/CG | L | T | | | | | |
| 15. CLOSED END FUNDS: | | | | | | | | | |
| 16. Templeton Dragon | D | D/CG | L | T | | | | | |
| 17. TriContinental | C | Div | N | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS | | | | | | | | | | |
| 2. Air Products | C | Div | M | T | | | | | | |
| 3. Wyeth | D | " | M | " | | | | | | |
| 4. MUNICIPAL BONDS | | | | | | | | | | |
| 5. Jefferson Cty AL | C | Int | L | T | | | | | | |
| 6. Vestavia Hills ALa | B | " | K | " | | | | | | |
| 7. Oxford AL Rec Wts | C | " | L | " | | | | | | |
| 8. Huntsville AL Cap Impt | C | " | L | | | | | | | |
| 9. Auburn AL Univ Rev | C | " | L | " | Bought More | 8/25 | L | | | |
| 10. Talladega Cty AL BED | C | " | L | " | | | | | | |
| 11. Mtgy Al Tax Inc Wts | B | " | L | " | | | | | | |
| 12. Decatur Al B/ED | B | " | K | " | | | | | | |
| 13. Fairhope Al Util Wts | C | " | L | " | | | | | | |
| 14. Ala St BED Sou Cmnty | C | " | L | " | | | | | | |
| 15. Northwest Ala Gas | C | " | L | " | | | | | | |
| 16. Baldwin Cty AL B/ED | B | " | | | Redeemed | 6/2 | L | A | | |
| 17. Baldwin Cty AL B/Ed | None | | L | T | Bought | 11/5 | L | | | |

| 1. Income Gain Codes | A $1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J $15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R = Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U Book Value | V =Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MUNICIPAL BONDS – ctd | | | | | | | | | |
| 2. WARRIOR RI ALA WTR ATH C | | Int | L | T | | | | | |
| 3. PHENIX CI ALA G/O | C | " | L | " | | | | | |
| 4. COURTLAND AL IDB | C | " | L | " | | | | | |
| 5. BLOUNT CTY AL WTR AHTY C | | " | K | " | | | | | |
| 6. SHELBY CTY AL B/ED | B | " | K | " | | | | | |
| 7. OPELIKA AL WTR WKS | C | " | K | " | | | | | |
| 8. ROBERTSDALE AL WRTS | B | " | K | " | | | | | |
| 9. MOUNTAIN BROOK ALA B/ED | B | " | K | " | | | | | |
| 10. MOBILE AL PUB EDL | C | " | L | " | | | | | |
| 11. FOLEY AL UTIL BRD | B | " | K | " | | | | | |
| 12. DECATUR AL CAP IMPT | C | " | L | " | | | | | |
| 13. MARSHALL CTY AL HLT | B | " | K | " | | | | | |
| 14. PRATTVILLE AL ECON | B | " | K | " | | | | | |
| 15. ELMORE CTY AL PUB ED | B | " | K | " | | | | | |
| 16. UN SOUTH AL UNIV | C | " | L | " | Bought More | 9/25 | L | | |
| 17. ALBERTVILLE AL G/O | B | " | K | " | | | | | |

1. Income Gain Codes:   A - $1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N - $250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 - $25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4z1fz1 zczczcxz | HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income. assets. or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MUNICIPAL BONDS – CTD | | | | | | | | | |
| 2. OPP ALA WTS | C | Int | L | T | | | | | |
| 3. HAMILTON AL PUB BLDG | B | " | K | " | | | | | |
| 4. MTGY AL SCH WTS | B | " | K | " | | | | | |
| 5. CLARKE & MOBILE CTYS ALA GAS DIST | B | " | K | " | | | | | |
| 6. SOUTHEAST ALA GAS DIS | C | " | L | " | | | | | |
| 7. HUNTSVILLE ALA PBA | C | " | L | " | | | | | |
| 8. TUSCALOOSA AL WTS | B | " | K | " | | | | | |
| 9. PHENIX CI AL SCH WTS | B | " | K | " | | | | | |
| 10. OXFORD AL WTS | B | " | K | " | | | | | |
| 11. ALA A & M UNIV | A | " | K | " | Bought | 7/2 | K | | |
| 12. ALA PUB HSG AUTH | B | " | K | " | Bought | 6/16 | K | | |
| 13. ALA ST PUB SCH | None | | K | " | Bought | 12/3 | K | | |
| 14. ALA SCFFA MOBILE REV | B | Int | K | " | BOUGHT | 8/6 | K | | |
| 15. UN ALA GEN REV | None | | L | " | Bought | 8/19 | L | | |
| 16. BESSEMER AL GFT UTIL | C | Int | L | " | Bought | 4/11 | L | | |
| 17. LEEDS ALA PUB ED BL | B | Int | L | " | Bought | 4/21 | L | | |

1. Income Gain Codes:   A - $1,000 or less   B - $1,001 - $2,500   C - $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F - $50,001 - $100,000   G - $100,001 - $1,000,000   H1 - $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes   J - $15,000 or less   K - $15,001 - $50,000   L - $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N - $250,001 - $500,000   O - $500,001 - $1,000,000   P1 - $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
  P3 - $25,000,001 - $50,000,000   P4 - More than $50,000,000
3. Value Method Codes   Q - Appraisal   R - Cost (Real Estate Only)   S - Assessment   T =Cash Market
(See Column C2)   U - Book Value   V - Other   W - Estimated

# FINANCIAL DISCLOSURE REPORT
Page 8 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. COMMON STOCKS | | | | | | | | | |
| 70. AT&T | D | Div | M | T | | | | | |
| 71. BP PLC | D | " | M | " | | | | | |
| 72. BR MY SQUIBB | E | " | O | " | | | | | |
| 73. CAMPBELL SOUP | C | " | M | " | | | | | |
| 74. CHEVRON-TEXACO | C | " | L | " | | | | | |
| 75. COCA COLA | D | " | O | " | | | | | |
| 76. EASTMAN CHEM | B | " | K | " | | | | | |
| 77. EXXON MOBIL | D | " | N | " | | | | | |
| 78. BANCO BILBAO VIZCAYA | D | " | N | T | Part Exchanged | 11/11 | L | E | |
| 79. FANNIE MAE | B | " | | | Sold | 8/28 | J | | |
| 80. General Electric | D | " | N | " | Part Sold | 12/23 | K | | |
| 81. HARRAHS ENT | None | | | | Sold | 1/28 | M | G | |
| 82. HARTFORD FIN SER | B | " | L | T | | | | | |
| 83. ITT IND | B | " | L | " | | | | | |
| 84. IBM | B | " | M | " | | | | | |
| 85. JOHNSON & JOHNSON | D | " | O | " | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 21

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COMMON STOCKS - ctd | | | | | | | | | |
| 53. LA PACIFIC | A | Div | | | SOLD | 11/10 | J | | |
| 54. MEADWESTVACO | D | " | M | " | | | | | |
| 55. PPG | C | " | M | " | | | | | |
| 56. RAYTHEON CO NEW | A | " | J | " | | | | | |
| 57. REGIONS FIN | E | " | | | SOLD 1/16, 3/18 and 5/2 | | O 4/11 G | | |
| 58. ROCHE HLDG LTD | B | Div | M | T | | | | | |
| 59. St. Jude Medical | None | | N | T | | | | | |
| 60. SARA LEE | C | Div | | | SOLD | 4/11 | L | D | |
| 61. SCANA | C | " | M | T | | | | | |
| 62. SUNTRUST BANK | E | " | O | " | Part sold | 10/9 | K | E | |
| 63. SYNOVUS FIN | D | " | K | " | Part Sold | 11/11 | K | E | |
| 64. TOTAL SYSTEMS SERVICES (spinoff from Synovus) A Div L T | | | | | s/off | 1/2 | L | | |
| 65. TRINITY IND | A | Div | L | T | | | | | |
| 66. PFIZER | D | " | N | " | | | | | |
| 67. WILLIAMS COS IND | A | " | L | " | | | | | |
| 68. CITIGROUP | B | " | K | " | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| FINANCIAL DISCLOSURE REPORT<br>Page 8 of 11 | Name of Person Reporting<br>HOBBS, Truman M. | Date of Report<br>5/18/09 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. COMMON STOCKS - ctd | | | | | | | | | |
| 70. CONVERGYS CORP | NONE | | L | T | | | | | |
| 71. COL PTYS TR | C | Div | J | T | Part Sold 12/24 &<br>Bought More 11/11 | K<br>J | | 12/9 | |
| 72. ZIMMER HLDGS INC | NONE | | M | T | | | | | |
| 73. BECTON DICKINSON | B | Div | K | T | | | | | |
| 74. ASTRAZENECA PLC | B | Div | K | T | Bought 11/11 K | | | | |
| 75. MOSAIC CO<br>++++++++++++ | A | " | L | " | Bought 11/19 | L | | | |
| 76. BANK ACCT<br>Compass Bank | D | Int | K | T | | | | | |
| 77. +++++++++++++ | | | | | | | | | |
| 78. COMMON STOCKS | | | | | | | | | |
| 79. NEWELL RUBBERMAID | B | Div | | | Sold | 11/10 K | | | |
| 80. SMUCKER J M CO NEW | A | " | K | " | | | | | |
| 81. PROCTER & GAMBLE | C | " | L | " | | | | | |
| 82. BHP BILLITON | A | Div | L | T | | | | | |
| 83. CAMECO CORP | A | " | K | " | Bought more 9/11 K<br>Part Sold 11/10 K | | | | |
| 84. CANADIAN NAT RES | A | " | L | " | | | | | |
| 85. CHESAPEAKE ENERGY | A | " | L | " | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

XXXXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS – ctd | | | | | | | | | |
| 2. NYSE GROUP INC (known 3. as Euronext before it was sold) | A | Div | | | Sold | 11/10 | J | | |
| 4. TIM HORTONS INC | A | Div | L | T | | | | | |
| 5. WENDYS INT | A | " | | | Sold | 11/10 | K | | |
| 6. ======================== REAL ESTATE | | | | | | | | | |
| 7. ████ Land – unimpro land in 8. Elmore Cty AL; purchased in 1969, 1976, 9. swapped other land in 1998 for total interest 10. of 33% - purchase xxx xx prices less than $200,000. | P/S F | d/gain dist | N | R | Part Sold | 3/11 | M | F | |
| 11. | | | | | | | | | |
| 12. ████ Farm Property Waugh Al (Mtgy Cty Al) 13. Purchased in 1978 for less than $200,000; 14. 45 percent interest +++++++++++++++++++++++++++++++++++++++ | A | P/S | L | R | | | | | |
| 15. COMMON STOCKS | | | | | | | | | |
| 16. TIME WARNER | A | Div | J xx | T | | | | | |
| 17. MERCK | A | Div | K | T | | | | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. COMMON STOCKS – contd | | | | | | | | | |
| 2. WALMART | B | Div | M | T | | | | | |
| 3. AIG | A | Div | | | Sold 11/12 | | J | | |
| 4. cardinal health | A | Div | K | T | | | | | |
| 5. SOUTHERN CO | C | " | L | " | | | | | |
| 6. WALGREEN CO | A | " | L | " | | | | | |
| 7. IRA # 1 | E | I/D | M | T | | | | | |
| 8. - Merrill Lynch Bank USA RASP | | | | | | | | | |
| 9. - Berkshire Hath Del CL A | | | | | | | | | |
| 10. - Cohen & Steers REIT & PFD Inc FD | | | | | | 12/4) | | | |
| 11. - Cohen & Steers Select Util Fund | | | | | (Normal withdrawal | | | | |
| 12. - Progress Energy | | | | | | | | | |
| 13. - 3M Co | | | | | | | | | |
| 14. - First Eagle Global LC | | | | | | | | | |
| 15. - Thornburg Intl Value FDC | | | | | | | | | |
| 16. MUNICIPAL BONDS | | | | | | | | | |
| 17. RUSSELL CTY AL WTS | B | Int | | | Redeemed 12/1 | K | | A | |
| UN NORTH AL REV | C | Int | L | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 4 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/18/09 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MUNICIPAL BONDS - ctd | | | | | | | | | |
| 2. ALBERTVILLE ALA WTS | B | Int | | | Redeemed 2/1 | | K | A | |
| 3. ALA ST SER A 5% | C | " | L | T | | | | | |
| 4. CHEROKEE CTY ALA Wtrs B | | " | L | " | | | | | |
| 5. JEFFERSON CTY AL SWR B | | " | L | " | | | | | |
| 6. ALA 31st Ctr at Tob Stl | C | " | K | " | | | | | |
| 7. DECATUR ALA WTS | A | " | K | " | | | | | |
| 8. HOOVER AL RFDG | B | " | L | " | | | | | |
| 9. HUNTSVILLE AL NAT GAS B | | " | L | " | | | | | |
| 10. ALA MHFA Sptx | B | " | K | " | | | | | |
| 11. COMMON STOCKS | | | | | | | | | |
| 12. republic svs inc | C | Div | M | T | | | | | |
| 13. IMS HEALTH | A | " | K | " | | | | | |
| 14. R H DONNELLEY CORP | NONE | | J | T | | | | | |
| 15. DUN & BRADSTR CN | A | Div | K | T | | | | | |
| 16. MOODY'S CORP | A | " | L | " | | | | | |
| 17. GARTNER GROUP | NONE | | J | " | | | | | |

1. Income Gain Codes     A = $1,000 or less     B = $1,001 - $2,500     C = $2,501 - $5,000     D = $5,001 - $15,000     E = $15,001 - $50,000
   (See Columns B1 and D4)     F = $50,001 - $100,000     G = $100,001 - $1,000,000     H1 = $1,000,001 - $5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001 - $50,000     L = $50,001 - $100,000     M = $100,001 - $250,000
   (See Columns C1 and D3)     N = $250,001 - $500,000     O = $500,001 - $1,000,000     P1 = $1,000,001 - $5,000,000     P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

# FINANCIAL DISCLOSURE REPORT
Page XXXIX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS - ctd | | | | | | | | | |
| 2. ELI LILLY | C | Div | M | T | | | | | |
| 3. SCHLUMBERGER LTD | C | " | M | T | PART SOLD | 11/12 | K | | |
| 4. TRANSOCEAN INC (now known as Transocean Ltd (Zug) | | | | | | | | | |
| 5. | NONE | | L | T | | | | | |
| 6. COHEN & STEERS REIT MFA & PFD INC FD | A | Div | | | SOLD | 12/24 | K | | |
| 7. NEWMONT MINING | A | " | L | T | | | | | |
| 8. PLUM CREEK TMBR | C | CG dist | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. BANK DEPOSIT PROGRAM WITH BROKERAGE: (See Jud Conf letter of 10/5/2005 and my letter to AO of 9/7/2007) | | | | | | | | | |
| 11. - Citibank NA | C | Int | M | T | | | | | |
| 12. - Citicorp Trust Bk | C | " | M | T | | | | | |
| 13. - Citibank NA South Dakota | F | " | P1 | T | | | | | |
| 14. | | | | | | | | | |
| 15. LIMITED PARTNERSHIPS: | | | | | | | | | |
| 16. Onwestsia Fund Ltd | G | Dist | P1 | T | | | | | |
| 17. Ioka Fund Ltd | G | " | " | " | | | | | |
| Ala Fund Ltd PS | G | " | P2 | " | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
T =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| ~~XXXXXXXX~~ | HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy. sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller of private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | COMMON STOCKS: | | | | | | | | | |
| 2. | Grainger W W Inc | A | Div | J | T | | | | | |
| 3. | 3M Co | A | " | J | T | | | | | |
| 4. | Medco Health Sol | NONE | | K | T | | | | | |
| 5. | Carpenter Technology | A | Div | | | SOLD | 11/10 | K | | |
| 6. | FREEPORT McMORAN CPR | A | Div | L | T | PART SOLD 12/19 K / BOUGHT MORE 11/11 | | K | | |
| 7. | W W GRAINGER | B | Div | L | T | | | | | |
| 8. | GERON CORP | NONE | | K | T | | | | | |
| 9. | PIONEER NAT RES | A | Div | K | T | PART SOLD 12/19 / BOUGHT MORE 11/11 | | L | | |
| 10. | SENOMYX INC | NONE | | J | T | ~~BOUGHTxMORE~~ BOUGHT MORE | | K | | |
| 11. | | | | | | BOUGHT MORE / PART SOLD 12/19 | 11/11 | J / J | | |
| 12. | CHINA FUND INC | E | D/CCG | L | T | BOUGHT 11/19 | | L | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

1. Income Gain Codes      A  $1.000 or less      3 =$1.001 - $2.500      C. $2.501 - $5.000      D =$5.001 - $15.000      E =$15.001 - $50.000
   (See Columns B1 and D4)  F  $50.001 - $100.000   G =$100.001 - $1.000.000   H1. $1.000.001 - $5.000.000   H2 =More than $5.000.000
2. Value Codes      J  $15.000 or less      K =$15.001 - $50.000      L. $50.001 - $100.000   M =$100.001 - $250.000
   (See Columns C1 and D3)   N  $250.001 - $500.000   O =$500.001 - $1.000.000   P1  $1.000.001 - $5.000.000   P2 =$5.000.001 - $25.000.000
   P3  $25.000.001 - $50.000.000   P4  More than $50.000.000
3. Value Method Codes      Q  Appraisal      S  Cost (Real Estate Only)   S  Assessment      T =Cash Market
   (See Column C2)   U  Book Value   V  Other   W  Estimated

# FINANCIAL DISCLOSURE REPORT

Page 4 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TRUST NO. 5 | G | D/I | P2 | T | | | | | |
| 2. MUNICIPAL BONDS | | | | | | | | | |
| 3. - Bessemer Ala Med CL | | | | | Redeemed 5/15 | J | | | |
| 4. - Ala Drnk Wtr Fin Athy | | | | | | | | | |
| 5. - Huntsvl Al Hlth Care | | | | | Redeemed 6/30 | K | | | |
| 6. - Mtgy AL Edl Bldgs | | | | | Redeemed 10/1 | L | C | | |
| 7. - Mtgy Al BMC Spl Cr | | | | | Redeemed 11/17 | J | | | |
| 8. - Huntsvl Al Wtrs | | | | | | | | | |
| 9. - Lauderdale Cty & Fl Ala | | | | | | | | | |
| 10. - Ala St Pub Sch & Coll | | | | | Bought More 10/7 and 12/13 | L | | | |
| 11. - Jeff Cty Ala Sch Wts | | | | | | | | | |
| 12. - Mtgy Al BMC Spl Cr | | | | | | | | | |
| 13. - Orange Bch AL Wtr Swr | | | | | Redeemed 5/15 | K | B | | |
| 14. - Orange Bch AL Wtr wr | | | | | Redeemed 5/15 | K | A | | |
| 15. - Mtgy AL BMC Spl Cr | | | | | | | | | |
| 16. - Ala St Pub Sch & Clg | | | | | | | | | |
| 17. - Ala St Ser A OID | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TRUST NO. 5 - continued | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| - Jeff Cty Al Swr Rev | | | | | | | | | |
| - Jeff Cty Al Swr Rev | | | | | | | | | |
| - Auburn Un Al Rev | | | | | | | | | |
| - Morgan Cty AL B/Ed | | | | | | | | | |
| - Bham AL Cap Impt | | | | | | | | | |
| - Ala MHFA Spyx | - | | | | | | | | |
| - Un Ala Gen Rev | | | | | | | | | |
| - Nrthwest Al GSDT Al | | | | | | | | | |
| - Ala St Brd Ed Rev | | | | | | | | | |
| - Limestone Cty Al B/Ed | | | | | | | | | |
| - Ala Bldg Renovation | | | | | | | | | |
| - Mtgy Cnty AL Pub | | | | | | | | | |
| - Bham AL WWKS - Swr | | | | | | | | | |
| - Phenix City AL Wts | | | | | | | | | |
| - Harvst Monrovia Wtr | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)             U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – *income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 5 - ctd and MUNICIPAL BONDS - ctd | | | | | | | | | |
| 2. - Mobile AL  Pub Edl Bldg | | | | | Bought | 5/14 | L | | |
| 3. - Ala A & M | | | | | Bought | 7/21 | K | | |
| 4. - Ala SCFFA Mobile | | | | | Bought | 8/6 | K | | |
| 5. CORPORATE BOND - NM Gen Mtrs Accept | | | | | | | | | |
| 6. COMMON STOCKS | | | | | | | | | |
| 7. - AT&T Inc  - inadvertently omitted from last year's report | | | | | | | | | |
| 8. - Wyeth | | | | | | | | | |
| 9. - BP Plc | | | | | | | | | |
| 10. - Progress Energy | | | | | | | | | |
| 11. - Chevron Texaco | | | | | | | | | |
| 12. - Halliburton | | | | | | | | | |
| 13. - EDS Corp (known as EDS Corp New) | | | | | | | | | |
| 14. - Energen Corp | | | | | | | | | |
| 15. - Exxon Mobil | | | | | | | | | |
| 16. - Wachovia Corp New | | | | | | | | | |
| 17. - Flowers Foods Inc | | | | | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A = $1,000 or less
F = $50,001 - $100,000
J = $15,000 or less
N = $250,001 - $500,000
P3 = $25,000,001 - $50,000,000
Q = Appraisal
U = Book Value

B = $1,001 - $2,500
G = $100,001 - $1,000,000
K = $15,001 - $50,000
O = $500,001 - $1,000,000

R = Cost (Real Estate Only)
V = Other

C = $2,501 - $5,000
H1 = $1,000,001 - $5,000,000
L = $50,001 - $100,000
P1 = $1,000,001 - $5,000,000
P4 = More than $50,000,000
S = Assessment
W = Estimated

D = $5,001 - $15,000
H2 = More than $5,000,000
M = $100,001 - $250,000
P2 = $5,000,001 - $25,000,000

T = Cash Market

E = $15,001 - $50,000

# FINANCIAL DISCLOSURE REPORT

Page 4 of 11
XXXXXXXXXX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 5 - ctd and COMMON STOCKS - ctd | | | | | | | | | |
| 2. - TriContinental Corp | | | | | | | | | |
| 3. - Verizon | | | | | | | | | |
| 4. - Idearc | | | | | Sold | 3/20 | J | | |
| 5. - General Electric | | | | | | | | | |
| 6. - IBM | | | | | | | | | |
| 7. - Eli Lilly | | | | | | | | | |
| 8. - 3M Co | | | | | | | | | |
| 9. - Imation | | | | | Sold | 3/20 | J | A | |
| 10. - Excel (Xcel) Energy | | | | | | | | | |
| 11. - Illinois Tool Wks | | | | | | | | | |
| 12. - Procter & Gamble | | | | | | | | | |
| 13. - Royal Dutch | | | | | | | | | |
| 14. - El Paso Energy | | | | | | | | | |
| 15. - Southern Co | | | | | | | | | |
| 16. - Synovus Fin | | | | | | | | | |
| 17. - Total Sys Svs | | | spinoff from Synovus Jan 2008 M | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000 (See Columns B1 and D4)
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000 (See Columns C1 and D3)
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated (See Column C2)

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 5 ctd and COMMON STOCKS - contd | | | | | | | | | |
| 2. - Tupperware Corp | | | | | Sold | 3/20 | J | C | |
| 3. - Citigroup | | | | | | | | | |
| 4. - St. Paul Travelers | | | | | | | | | |
| 5. - Colonial Pptys T SBIAL | | | | | | | | | |
| 6. - J M Smucker | | | | | sold | 3/20 | J | C | |
| 7. - Barrick Gold Corp | | | | | | | | | |
| 8. - Cohen & Steers Select Util Fd | | | | | | | | | |
| 9. - Regions Fin Corp | | | | | Sold | 1/28 | J | | |
| 10. - Johnson & Johnson | | | | | | | | | |
| 11. - Cohen & Steers REIT & Pfd Inc Fd | | | | | | | | | |
| 12. - Kinder Morgan Energy Prtners | | | | | | | | | |
| 13. - Lincoln Ntl Corp Ind NPV | | | | | | | | | |
| 14. - Reliant Energy Inc | | | | | | | | | |
| 15. - Schlumberger Ltd | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. John Hancock GBL Tech CL A - MF | | | | | Sold | 3/20 | J | A | |

1. Income Gain Codes          A - $1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
(See Columns C1 and D3)    N - $250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 $25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes        Q - Appraisal              R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
(See Column C2)            U - Book Value             V =Other                    W - Estimated

# FINANCIAL DISCLOSURE REPORT

~~Page XX of XX~~

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 5 - ctd | | | | | | | | | |
| 2. - Templeton World Fd CL L - MF | | | | | | | | | |
| 3. - Van Kampen Amer Cap Comstock ClA - MF | | | | | | | | | |
| 4. - DNP Select Income Fd - MF | | | | | Sold | 3/20 | J | C | |
| 5. COMMON STOCK | | | | | | | | | |
| 6. - Enterprise Prdts Prtn LP | | | | | Bought | 3/25 | K | | |
| 7. TRUST NO. 6: | G | D/I | P1 | T | | | | | |
| 8. - M Lynch CMA MF | | | | | | | | | |
| 9. MUNICIPAL BONDS | | | | | | | | | |
| 10. - Ala Wtr Plltn Ctl | | | | | Redeemed | 2/15 | J | D | |
| 11. - Bham Jeff Al CGA | | | | | Sold | 3/24 | L | | |
| 12. - Ala St Pub Sch/Clg | | | | | | | | | |
| 13. - Auburn Al Sch Wts | | | | | | | | | |
| 14. - Univ Ala Univ Revs | | | | | | | | | |
| 15. - Ala Judicial Bldg | | | | | | | | | |
| 16. - Mobile Cnty Ala Impt | | | | | Bought | 4/24 | K | | |
| 17. - Hoover AL Brd Ed Cap | | | | | Bought | 4/24 | K | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

an MUNICIPA BON –

Rev

Acc

7.

Health

| | | | | | 4/22 | J | | |

- Coca Cola

12. - General Mills

13. - Kellogg Co

14. - Caremark

15. - Pfizer

16. - Altria (acquired 4/20/90; spinoffs in 2008 as Kraft, Philip Morris) Altria stock

17. remains in trust also.

1. Income Gain Codes:       A =$1,000 or less        B =$1.001 - $2.500      C =$2.501 - $5,000       D =$5.001 - $15,000        E =$15.001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100.001 - $1,000.000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15.001 - $50,000       L =$50.001 - $100,000        M =$100.001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000.000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value            V =Other                    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 4 of XIX

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| TRUST 6 - ctd and COMMON STOCKS - stk ctd | | | | | | | | | |
| - Regions Fin Corp | | | | | sold | 1/24 3/20 | M | F | |
| _ El Paso Corp | | | | | | | | | |
| - Suntrust Bank | | | | | | | | | |
| - Elan Corp PLC | | | | | | | | | |
| - Schlumberger Ltd | | | | | | | | | |
| - Wachovia Corp New | | | | | Sold | 6/5 | L | B | |
| - Edwards Life Sciences | | | | | | | | | |
| - Intel Corp | | | | | | | | | |
| - Nortel Ntwks Corp | | | | | | | | | |
| - Cisco Systems | | | | | | | | | |
| - Johnson & Johnson | | | | | | | | | |
| - Hospira Inc | | | | | | | | | |
| - Cohen & Steers REIT & Pfd Inc FD | | | | | | | | | |
| - Cohen & Steers REIT & Utilities Inc Fd | | | | | | | | | |
| - Becton & Dickinson | | | | | | | | | |
| - DuPont E I DeNemours | | | | | BoughtMore | 5/29 | L | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 86. TRUST 6 - ctd and COMMON STOCKS - ctd | | | | | | | | | |
| 87. - Eaton Vance Tax Man GLB | | | | | | | | | |
| 88. - Duke Energy Corp New | | | | | Bought More | 10/16 | K | | |
| 89. - Spectra Energy | | | | | | | | | |
| 90. - Amer Intl Group | | | | | | | | | |
| 91. -Banco B Viz Argt | | | | | | | | | |
| 92. - Colonial Bank Gr | | | | | | | | | |
| 93. - Kinder Morgan Energy | | | | | | | | | |
| 94. - Medco Health Solutions | | | | | | | | | |
| 95. - Walgreen | | | | | | | | | |
| 96. - 3 M Company | | | | | | | | | |
| 97. - Enterprise Prdts Prtn LP | | | | | bought | 3/25 | | | |
| 98. - Transocean Ltd Zug | | | | | | 5/29 | M | | |
| 99. - Wells Fargo & Co New Del | | | | | Bought | 3/20 | L | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 11 of 11

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/19/09 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544